THOMAS B. DIXON, Appellant, v. THE WESTERN UNION TELEGRAPH COMPANY and Another, Respondents.— Order affirmed, with ten dollars costs

and disbursements, with leave to plaintiff to serve a second amended complaint on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.